UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-12739 |
| | | CHAPTER 13 |
| JIMMY D. PIATT | | |
| DEBORAH K. PIATT | : | JUDGE J. VINCENT AUG |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

  Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

  The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916942 | $33.30 |

Creditor(s)
Jefferson Capital Systems
P.O. Box 23051
Columbus, GA 31902-3051


        Respectfully submitted,

/s/ Margaret A. Burks, Esq.
   Margaret A. Burks, Esq.
   Chapter 13 Trustee
   Attorney No. OH 0030377

   Francis J. DiCesare, Esq.
   Staff Attorney
   Attorney No. OH 0038798

   Karolina F. Perr, Esq.
   Staff Attorney
   Attorney No. OH 0066193

   600 Vine Street, Suite 2200
   Cincinnati, OH 45202
   (513) 621-4488
   (513) 621 2643 (Facsimile)
   mburks@cinn13.org - Correspondence only
   fdicesare@cinn13.org
   kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

                    /s/    Margaret A. Burks, Esq.
                           Margaret A. Burks, Esq.

Jefferson Capital Systems  
P.O. Box 23051  
Columbus, GA 31902-3051

Debtor(s) Counsel  
MICHAEL E. CLANCEY, ESQ.  
7200 PADDISON ROAD  
CINCINNATI, OH  45230

Debtor(s)  
JIMMY D. PIATT  
DEBORAH K. PIATT  
738 NEVILLE PENN  
SCHOOL HOUSE  
FELICITY, OH  45120

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)

Jefferson Captial Systems  
P.O. Box 953185  
St. Louis, MO 63195

Registry_Deposit_for_Creditor